**No. 59911.**—Isaac B. Cohen & Sons Corp. *v.* United States, protest 274249–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass bead Christmas tree ornaments similar in all material respects to those the subject of *Walco Bead Co., Inc.* v. *United States* (29 Cust. Ct. 62, C. D. 1445), the claim of the plaintiff was sustained.